IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00245-RPM

TYNIA JOHNSON and
PATRICIA SAINT CYR,

       Plaintiffs,

v.

BOULDER COUNTY, by and through its
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BOULDER,
COLORADO,
PAUL DANISH,
RONALD K. STEWART and
TOM MAYER,

       Defendants.
_____

ORDER
_____

The Court having reviewed the Stipulation and Protective Order, submitted on August 29, 2005, it is

ORDERED that the Stipulation and Protective Order is unacceptable for failure to refer to D.C.Colo.LCivR 7.2 and 7.3.

DATED: August 30, 2005

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge