IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00245-RPM

TYNIA JOHNSON and
PATRICIA SAINT CYR,

                          Plaintiff,

v.

BOULDER COUNTY, a Political Division of the State of Colorado, by and through its
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BOULDER,
COLORADO,
PAUL DANISH,
RONALD K., STEWART,
TOM MAYER,
JANA MENDEZ, and
DAVID WEBSTER,

                          Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**

s/M. Virgnia Wentz
   Secretary


     A hearing on defendants' motion to dismiss is scheduled for **November 2, 2005, at 10:00 a.m.** in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.


Dated:  October 19, 2005