IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-00245-RPM

TYNIA JOHNSON and
PATRICIA SAINT CYR,

   Plaintiffs,

v.

BOULDER COUNTY, by and through its
BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BOULDER,
COLORADO,
PAUL DANISH,
RONALD K. STEWART,
TOM MAYER,
JANA MENDEZ, and
DAVID WEBSTER,

   Defendants.
_____

## ORDER
_____

  Pursuant to the hearing held on November 2, 2005, and for the reasons stated by the Court, it is

  ORDERED that the defendants' motion to dismiss is granted as to claims other than the plaintiffs' claims under 42 U.S.C. § 1985(3).  The defendants will answer as to that claim.

  DATED: November 3, 2005

          BY THE COURT:

          s/Richard P. Matsch
          _____
          Richard P. Matsch, Senior District Judge