IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-245-RPM-BNB

TYNIA JOHNSON, a resident of Boulder County, Colorado, and
PATRICIA SAINT CYR, a resident of Orleans Parish, Louisiana,

    Plaintiffs,

v.

BOULDER COUNTY, a Political Division of the State of Colorado, by and through its BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF BOULDER, COLORADO,
PAUL DANISH,
RONALD K. STEWART, and
TOM MAYER,

    Defendants.

_____

## ORDER RE:  PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO MAKE THEIR EXPERT WITNESS DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)

_____

THIS MATTER, having come before the Court on Plaintiffs' Motion for Enlargement of Time to Make Their Expert Witness Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2), and being fully advised on the premises, hereby ORDERS:

Plaintiffs' Motion is GRANTED.  Plaintiffs shall have up to and including December 21, 2005 to make their expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2).

DONE this 21st day of November, 2005.

                                          By the Court:

                                          s/Richard P. Matsch

                                          _____
                                          US District Court Judge