# Uniform Residential Loan Application

*This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☑ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.*

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | Agency Case Number | Lender Case Number |
|---|---|---|
| ☐ V.A.  ☑ Conventional  ☐ Other:<br>☐ FHA  ☐ FmHA | | |

| Amount | Interest Rate | No. of Months | Amortization Type: |
|---|---|---|---|
| $ 260,000 | 9.750 % | 360/360 | ☑ Fixed Rate   ☐ Other (explain):<br>☐ GPM   ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
|---|---|
| 12416 FLAGG DRIVE, LAFAYETTE, CO 80026 .County: BOULDER | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| PER TITLE POLICY | 1959 |

Purpose of Loan ☑ Purchase  ☐ Construction  ☐ Other (explain):  ☐ Refinance  ☐ Construction-Permanent

Property will be: ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment

*Complete this line if construction or construction-permanent loan.*

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

*Complete this line if this is a refinance loan.*

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| | $ | $ | | Cost $ |

| Title will be held in what Name(s)  PATRICIA MILLER-ST. CYR<br>TYNIA JOHNSON | Manner in which Title will be held<br>Joint tenants | Estate will be held in:<br>☑ Fee Simple<br>☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)

Checking/Savings

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable)<br>TYNIA JOHNSON | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number | Home Phone (incl. area code) | Age | Yrs. School | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | 303-786-7455 | 34 | 14 | | | | |

| ☐ Married  ☑ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower)<br>no. 1  ages 10 | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower)<br>no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☑ Own ☐ Rent  2 No. Yrs.<br>6303 ARAPAHOE ROAD<br>BOULDER, CO 80303 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

*If residing at present address for less than two years, complete the following:*

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|

| Name and Address of Employer ☑ Self Employed | Yrs. on this job | Name and Address of Employer ☐ Self Employed | Yrs. on this job |
|---|---|---|---|
| HALLMAN HOUSE<br>6301 ARAPAHOE ROAD<br>BOULDER, CO 80303 | 4<br>Yrs. employed in this line of work/profession 4 | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business<br>OWNER | Business Phone (incl. area code)<br>303-444-8323 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name and Address of Employer ☐ Self Employed | Dates (from-to) | Name and Address of Employer ☐ Self Employed | Dates (from-to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name and Address of Employer ☐ Self Employed | Dates (from-to) | Name and Address of Employer ☐ Self Employed | Dates (from-to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

Freddie Mac Form 65   10/92
CALYX Form 1003 Loanapp1.hp 2/95

Page 1 of 4   Borrower ___7___
Co-Borrower _____

Fannie Mae Form 1003   10/92

CA 7438

Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 9,000.00 | $ | $ 9,000.00 | Rent | $ | $ |
| Overtime | | | | First Mortgage (P&I) | 1,449.00 | 2,233.80 |
| Bonuses | | | | Other Financing (P&I) | 815.00 | 333.20 |
| Commissions | | | | Hazard Insurance | 31.00 | 42.66 |
| Dividends/Interest | | | | Real Estate Taxes | 85.00 | 109.67 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 9,000.00 | $ | $ 9,000.00 | Total | $ 2,380.00 | $ 2,719.33 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**    Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower(B) or Co-Borrower(C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [✓] Jointly  [ ] Not Jointly

| ASSETS — Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | Name and address of Company | $ Payt./Mos. | $ |
| *List checking and savings accounts below* | | US DEPT. | | |
| Name and address of Bank, S&L, or Credit Union  UNIV. OF COLO. FCU | | | | |
| | | Acct. no. 4361913021 | 149 | 12,342 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. 88245 | $ 74,000 | UNIPAC SEV. CORP. | | |
| Name and address of Bank, S&L, or Credit Union  UNIV. OF COLO FCU | | | | |
| | | Acct. no. 436191302001 | 28 | 1,705 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. 116844 | $ 2,000 | UNIPAC | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 4361913022 | 22 | 1,341 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | US DEPT. | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 2002 | 146 | 12,303 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | EFG | | |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| | | Acct. no. 24004361930201 | 23 /(R) | 2,205 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Life insurance net cash value | | UNIPAC | | |
| Face amount: $ | $ | | | |
| Subtotal Liquid Assets | $ 76,000 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Acct. no. 43619130203 | 50 /(R) | 857 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Vested interest in retirement fund | $ | EFG | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year)  99 GMC TRUCK | $ 30,000 | | | |
| | | Acct. no. | 10 | 733 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize)  PERSONAL ASSETS | $ 40,000 | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 448 | |
| Total Assets a. | $ 146,000 | Net Worth (a b) $ 79,841 | Total Liabilities b. | $ 66,159 |

Freddie Mac Form 65    10/92
CALYX Form 1003 Loanapp2.hp 2/95

Page 2 of 4    Borrower _____

Co-Borrower _____

Fannie Mae Form 1003    10/92

CA 7439

Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

## Continuation Sheet Residential Loan Application

| | |
|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: TYNIA JOHNSON |
| | Co-Borrower: |

| | |
|---|---|
| Agency Case Number: | |
| Lender Case Number: | |

### VI. ASSETS AND LIABILITIES

| ASSETS — Name and address of Bank, S&L, or Credit Union | Cash or Market Value | LIABILITIES — Name and address of Company | Monthly Payt. & Mos. Left to Pay ($ Payt./Mos.) | Unpaid Balance ($) |
|---|---|---|---|---|
| | | EFG | | |
| Acct. no.          $ | | Acct. No. | 20 | 2,000 |
| | | DC CREDIT SERV. | $ Payt./Mos. | $ |
| Acct. no.          $ | | Acct. No. | | 1,386 |
| | | ROSEN AUTO LEASING | $ Payt./Mos. | $ |
| Acct. no.          $ | | Acct. No. | | 546 |
| | | UNTD CREDIT | $ Payt./Mos. | $ |
| Acct. no.          $ | | Acct. No. | | 581 |
| | | KEY BANK purchase money second 30,000 @10.49, 20 YR AM | $ Payt./Mos. | $ |
| Acct. no.          $ | | Acct. No. | (333) | 30,160 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.          $ | | Acct. No. | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.          $ | | Acct. No. | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.          $ | | Acct. No. | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.          $ | | Acct. No. | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.          $ | | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X | Date | Co-Borrower's Signature: X | Date |
|---|---|---|---|

Freddie Mac Form 66  10/92
CALYX Form 1003 Lnap4ast.hp 2/95

Page 4 of 4

Fannie Mae Form 1003    10/92

CA 7440
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

## VI. ASSETS AND LIABILITIES (cont.)

*Schedule of Real Estate Owned* (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ 325,000.00 |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | 3,466.93 |
| f. Estimated closing costs | 3,966.50 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 332,433.43 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 260,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 260,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 72,433.43 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | | ✓ | | |
| b. Have you been declared bankrupt within the past 7 years? | | ✓ | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | ✓ | | |
| d. Are you a party to a lawsuit? | | ✓ | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | ✓ | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | ✓ | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | ✓ | | |
| h. Is any part of the down payment borrowed? | | ✓ | | |
| i. Are you a co-maker or endorser on a note? | ✓ | | | |
| j. Are you a U. S. citizen? | ✓ | | | |
| k. Are you a permanent resident alien? | | ✓ | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | ✓ | | | |
| m. Have you had an ownership interest in a property in the last three years? | ✓ | | | |

(1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)?  **PR**

(2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)?  **0**

## IX. ACKNOWLEDGMENT AND AGREEMENT

The undersigned specifically acknowledge(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq, and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentaion which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 10·27·99 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosure satisfies all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER**  ☐ I do not wish to furnish this information

Race/National Origin:
☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ✓ Black, not of Hispanic origin  ☐ Hispanic  ☐ White, not of Hispanic origin  ☐ Other (specify)

Sex:  ✓ Female  ☐ Male

**CO-BORROWER**  ☐ I do not wish to furnish this information

Race/National Origin:
☐ American Indian or Alaskan Native  ☐ Asian or Pacific Islander  ☐ Black, not of Hispanic origin  ☐ Hispanic  ☐ White, not of Hispanic origin  ☐ Other (specify)

Sex:  ☐ Female  ☐ Male

| To be Completed by Interviewer | Interviewer's Name (print or type) **ASA JENKINS** | Name and Address Interviewer's Employer |
|---|---|---|
| This application was taken by: | Interviewer's Signature                    Date | **Firstate Bank of Colorado** |
| ☐ face-to-face interview | | **2650 East 120th Avenue** |
| ☐ by mail | Interviewer's Phone Number (incl. area code) **303-920-2055** | **Thornton, CO 80233** |
| ✓ by telephone | | (P) 303-920-2055  (F) 303-920-2072 |

Freddie Mac Form 65    10/92
CALYX Form 1003 Loanapp3.hp 2/95

Page 3 of 4

Fannie Mae Form 1003    10/92

CA 7441
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

## Continuation Sheet/Residential Loan Application

| | | |
|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower:<br>TYNIA JOHNSON | Agency Case Number: |
| | Co-Borrower: | Lender Case Number: |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X | 10·27·99 | X | |

Freddie Mac Form 65    10/92
CALYX Form 1003 Lnap4cnt.hp 2/95

Page 4 of 4

Fannie Mae Form 1003    10/92

CA 7442

Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☑ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ V.A.   ☑ Conventional   ☐ Other: ☐ FHA   ☐ FmHA | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | | |
|---|---|---|---|---|---|
| $ 260,000 | 9.750 % | 360/360 | ☑ Fixed Rate   ☐ GPM | ☐ Other (explain): ☐ ARM (type): | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
|---|---|
| 12416 FLAGG DRIVE, Lafayette, CO 80026 County: Boulder | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| PER TITLE POLICY | 1940 |

| Purpose of Loan | ☑ Purchase   ☐ Construction   ☐ Other (explain): ☐ Refinance   ☐ Construction-Permanent | Property will be: ☑ Primary Residence   ☐ Secondary Residence   ☐ Investment |
|---|---|---|

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| | $ | $ | | Cost $ |

| Title will be held in what Name(s)  PATRICIA MILLER-ST. CYR TYNIA JOHNSON | Manner in which Title will be held Joint tenants | Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) |
|---|
| Checking/Savings |

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | PATRICIA MILLER-ST. CYR | TYNIA JOHNSON |

| Borrower | | | | Co-Borrower | | | |
|---|---|---|---|---|---|---|---|
| Social Security Number | Home Phone (incl. area code) | Age | Yrs. School | Social Security Number | Home Phone (incl. area code) | Age | Yrs. School |
| 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 | 303-788-7455 | 55 | 16 | 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 | | 34 | |

| Borrower | Co-Borrower |
|---|---|
| ☐ Married  ☑ Unmarried (include single, divorced, widowed)  ☐ Separated   Dependents (not listed by Co-Borrower) no. 0  ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated   Dependents (not listed by Borrower) no.  ages |
| Present Address (street, city, state, ZIP) ☑ Own ☐ Rent ___ No. Yrs. 6303 ARAPAHOE ROAD Boulder, CO 80303 | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |

**If residing at present address for less than two years, complete the following:**

| Borrower | Co-Borrower |
|---|---|
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |

## IV. EMPLOYMENT INFORMATION

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name and Address of Employer ☑ Self Employed St. Cyr Consulting Services, 6303 ARAPAHOE ROAD BOULDER, CO 80303 | Yrs. on this job 12 Yrs. employed in this line of work/profession 12 | Name and Address of Employer ☐ Self Employed | Yrs. on this job Yrs. employed in this line of work/profession |
| Position/Title/Type of Business OWNER | Business Phone (incl. area code) 303-786-7455 | Position/Title/Type of Business | Business Phone (incl. area code) |

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name and Address of Employer ☐ Self Employed | Dates(from-to) Monthly Income $ | Name and Address of Employer ☐ Self Employed | Dates(from-to) Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name and Address of Employer ☐ Self Employed | Dates(from-to) Monthly Income $ | Name and Address of Employer ☐ Self Employed | Dates(from-to) Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Freddie Mac Form 65    10/02 CALYX Form 1003 Loanapp1.hp 2/95 | Page 1 of 4 | Borrower _MSC by TKJ AA A-7F_ Co-Borrower _TJ_ | Fannie Mae Form 1003    10/92 |
|---|---|---|---|

CA 7449

Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 9,400.00 | $ | $ 9,400.00 | Rent | $ | $ |
| Overtime | | | | First Mortgage (P&I) | 1,449.00 | 2,233.80 |
| Bonuses | | | | Other Financing (P&I) | 815.00 | 333.20 |
| Commissions | | | | Hazard Insurance | 31.00 | 42.67 |
| Dividends/Interest | | | | Real Estate Taxes | 85.00 | 109.67 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 9,400.00 | $ | $ 9,400.00 | Total | $ 2,380.00 | $ 2,719.34 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income    Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower(B) or Co-Borrower(C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers  If their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [✓] Jointly   [ ] Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | **LIABILITIES** | | |
| | | Name and address of Company | $ Payt./Mos. | $ |
| List checking and savings accounts below | | NEW CENTURY | | |
| Name and address of Bank, S&L, or Credit Union | | 6303 ARAPAHOE ROAD | | |
| REGIONS BANK | | | | |
| | | Acct. no. 000055087 | (1,457) | 174,355 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ 2,500 | ALLIANCE FUNDING | | |
| Name and address of Bank, S&L, or Credit Union | | 6303 ARAPAHOE ROAD | | |
| BAPTIST FCU | | 2ND MTG | | |
| | | Acct. no. | (815) | 80,000 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ 8,000 | UC LENDING | | |
| Name and address of Bank, S&L, or Credit Union | | 485 LONELY OAK | | |
| UNITED BANK AND TRUST | | | | |
| | | Acct. no. 401004924 | (764) | 57,026 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ 1,000 | LONG BEACH MTG | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 8740009709015 | (555) | 67,285 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | NEW CENTURY | | |
| Stocks & Bonds (Company name/ number & description) | $ | 1427 CAMBRONNE, LA | | |
| | | Acct. no. 40102139 | (504) | 59,660 |
| | | Name and address of Company | $ Payt./Mos. | $ |
| | | LONG BEACH | | |
| Life insurance net cash value | $ | 5742 ELYSIAN FIELD, LA | | |
| Face amount: $ | | | | |
| Subtotal Liquid Assets | $ 11,500 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 1,060,000 | Acct. no. | (931) | 117,983 |
| Vested interest in retirement fund | $ | Name and address of Company | $ Payt./Mos. | $ |
| Net worth of business(es) owned (attach financial statement) | $ | WELLS FARGO AUTO | | |
| Automobiles owned (make and year) | $ | | | |
| 78 FORD | 2,000 | Acct. no. 5008731480094 | 714 | 28,004 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| PERSONAL ASSETS | 30,000 | | | |
| | | Total Monthly Payments | $ 1,753 | |
| Total Assets a. | $ 1,103,500 | Net Worth (a minus b) $ 458,140 | Total Liabilities b. | $ 645,360 |

Freddie Mac Form 65   10/92
CALYX Form 1003 Loanapp2.hp 2/95

Page 2 of 4    Borrower _PMSC by TRI as HTP_
Co-Borrower _TJ_

Fannie Mae Form 1003   10/92

**CA 7450**

Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

**Continuation Sheet/Residential Loan Application**

| | | | |
|---|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: PATRICIA MILLER-ST. CYR | Agency Case Number: | |
| | Co-Borrower: TYNIA JOHNSON | Lender Case Number: | |

**ASSETS AND LIABILITIES**

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company DISCOVER | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 601100608007 | 103/(R) | 4,966 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company BANK OF MISSISSIPPI | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 5439592230006302 | 188/(R) | 4,693 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company HOME DEPOT | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. CG3274870000408 | 63/(R) | 2,496 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company REGIONS BANK | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 4320070001466901 | 40/(R) | 1,347 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company BANK AMERICA | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 40241340026 | 115/(R) | 4,604 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company CITIBANK | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 541066433703 | 418/(R) | 8,356 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company PARTNERS FIRST | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. 5435551411644426 | 71/(R) | 3,562 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company FIRST USA | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | 41/(R) | 863 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company KEY BANK purchase money 2nd 30,000 @10.49, 15 YR AM | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct. No. | (333) | 30,160 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| cl. no. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X | | X | 10·27·99 |

Freddie Mac Form 65    10/92
CALYX Form 1003 Lnap4nst.hp 2/05

Page 4 of 4

Fannie Mae Form 1003    10/02

CA 7451
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

**ASSETS AND LIABILITIES (cont.)**

Schedule of Real Estate Owned(If additional properties are owned, use continuation sheet)

| Property Address (enter S If sold, PS If pending sale or R If rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 1427 CAMBRONNE ST NEW ORLEANS | R | 2-4PLX | NEW CENTURY 40102139 $ 160,000 | $ 59,660 | $ | $ | $ | $ |
| 5501 PRESS DRIVE NEW ORLEANS, LA | R | SFR | LONG BEACH MTG 130,000 | 67,285 | | | | |
| 5742 ELYSIAN FIELD NEW ORLEANS, LA | R | SFR | LONG BEACH MTG 190,000 | 117,983 | | | | |
| * See page 4 for the additional properties | | Totals | $ 1,060,000 | $ 556,309 | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

**VII. DETAILS OF TRANSACTION**

| | |
|---|---|
| a. Purchase price | $ 325,000.00 |
| b. Alterations, improvements, repairs | |
| c. Land (If acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | 3,466.93 |
| f. Estimated closing costs | 3,966.50 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (If Borrower will pay) | |
| i. Total costs (add items a through h) | 332,433.43 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits(explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 260,000.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 260,000.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 72,433.43 |

**VIII. DECLARATIONS**

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes No | Co-Borrower Yes No |
|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ ☑ | ☐ ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ ☑ | ☐ ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☑ | ☐ ☐ |
| d. Are you a party to a lawsuit? | ☐ ☑ | ☐ ☐ |

e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) ☐ ☑ | ☐ ☐

f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation bond, or loan guarantee? If "Yes," give details as described in the preceding question. ☐ ☑ | ☐ ☐

g. Are you obligated to pay alimony, child support, or separate maintenance? ☐ ☑ | ☐ ☐

h. Is any part of the down payment borrowed? ☐ ☑ | ☐ ☐

i. Are you a co-maker or endorser on a note? ☐ ☑ | ☐ ☐

j. Are you a U. S. citizen? ☑ ☐ | ☐ ☐

k. Are you a permanent resident alien? ☐ ☑ | ☐ ☐

l. Do you intend to occupy the property as your primary residence? ☑ ☐ | ☐ ☐
   If "Yes," complete question m below.

m. Have you had an ownership interest in a property in the last three years? ☑ ☐ | ☐ ☐

(1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)?   **PR**

(2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)?   **S**

**IX. ACKNOWLEDGMENT AND AGREEMENT**

The undersigned specifically acknowledges(s) and agree(s) that: (1) the loan requested by this application will be secured by a first mortgage or deed of trust on the property described herein; (2) the property will not be used for any illegal or prohibited purpose or use; (3) all statements made in this application are made for the purpose of obtaining the loan indicated herein; (4) occupation of the property will be as indicated above; (5) verification or reverification of any information contained in the application may be made at any time by the Lender, its agents, successors and assigns, either directly or through a credit reporting agency, from any source named in this application, and the original copy of this application will be retained by the Lender, even if the loan is not approved; (6) the Lender, its agents, successors and assigns will rely on the information contained in the application and I/we have a continuing obligation to amend and/or supplement the information provided in this application if any of the material facts which I/we have represented herein should change prior to closing; (7) in the event my/our payments on the loan indicated in this application become delinquent, the Lender, its agents, successors and assigns, may, in addition to all their other rights and remedies, report my/our name(s) and account information to a credit reporting agency; (8) ownership of the loan may be transferred to successor or assign of the Lender without notice to me and/or the administration of the loan account may be transferred to an agent, successor or assign of the Lender with prior notice to me; (9) the Lender, its agents, successors and assigns make no representations or warranties, express or implied, to the Borrower(s) regarding the property, the condition of the property, or the value of the property.

Certification: I/We certify that the information provided in this application is true and correct as of the date set forth opposite my/our signature(s) on this application and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained in this application may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq. and liability for monetary damages to the Lender, its agents, successors and assigns, insurers and any other person who may suffer any loss due to reliance upon any misrepresentation which I/we have made on this application.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X _Patricia M. Allen St Cyr by ___ Allen m fact_ | | X _m fact_ | 10·27·95 |

**X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES**

The following information is requested by the Federal Government for certain types of loans related to a dwelling, in order to monitor the Lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may neither discriminate on the basis of this information, nor on whether you choose to furnish it. However, if you choose not to furnish it, under Federal regulations this Lender is required to note race and sex on the basis of visual observation or surname. If you do not wish to furnish the above information, please check the box below. (Lender must review the above material to assure that the disclosure satisfy all requirements to which the Lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER**

Race/National Origin: ☐ I do not wish to furnish this information
☐ American Indian or Alaskan Native   ☐ Asian or Pacific Islander
☑ Black,not of Hispanic origin   ☐ Hispanic   ☐ White,not of Hispanic origin
☐ Other (specify)_____

Sex: ☑ Female   ☐ Male

**CO-BORROWER**

Race/National Origin: ☐ I do not wish to furnish this information
☐ American Indian or Alaskan Native   ☐ Asian or Pacific Islander
☐ Black,not of Hispanic origin   ☐ Hispanic   ☐ White,not of Hispanic origin
☐ Other (specify)_____

Sex: ☐ Female   ☐ Male

| be Completed by Interviewer | Interviewer's Name (print or type) ASA JENKINS | Name and Address Interviewer's Employer |
|---|---|---|
| This application was taken by: | Interviewer's Signature          Date | Firstate Bank of Colorado |
| ☐ face-to-face interview | | 2650 East 120th Avenue |
| ☐ by mail | | Thornton, CO 80233 |
| ☑ by telephone | Interviewer's Phone Number (incl. area code) 303-423-7200 | (P) 303-920-2055 (F) 303-920-2072 |

**CA 7452**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: PATRICIA MILLER-ST. CYR | Agency Case Number: |
|---|---|---|
| | Co-Borrower: TYNIA JOHNSON | Lender Case Number: |

## VI. ASSETS AND LIABILITIES

### Schedule of Real Estate Owned

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 4842-44 LONELY OAK NEW ORLEANS, LA | R 2-4PLX | 125,000 | 0 | | | | |
| 4854 LONELY OAK NEW ORLEANS, LA | R SFR | UC LENDING 115,000 | 57,026 | | | | |
| 6303 ARAPAHOE ROAD BOULDER, CO 80303 | R 2-4PLX | NEW CENTURY 340,000 | 254,355 | | | | |

CA 7453

Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X | Date | Co-Borrower's Signature: X | Date 10·27·99 |
|---|---|---|---|

Freddie Mac Form 65    10/02
CALYX Form 1003 Lnapdroo.hp  2/05

Page 4 of 4

Fannie Mae Form 1003    10/02

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower:<br>PATRICIA MILLER-ST. CYR | Agency Case Number: |
|---|---|---|
| | Co-Borrower:<br>TYNIA JOHNSON | Lender Case Number: |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature:<br>X | Date | Co-Borrower's Signature:<br>X | Date<br>10·27·99 |
|---|---|---|---|

Freddie Mac Form 65    10/92
CALYX Form 1003 Lnap4cnt.hp 2/05

Page 4 of 4

Fannie Mae Form 1003    10/92

CA 7454
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB