Department of the Treasury
Internal Revenue Service

0609905173
Feb. 13, 2002   LTR 8054C
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   199912 30 000
00559

TYNIA R JOHNSON
12416 FLAGG DR
LAFAYETTE   CO   80026-9527164

1999 FORM 1040
TAX RETURN TRANSCRIPT INFORMATION

EXEMPTIONS:                                              02
FILING STATUS:                                           4

| | | |
|---|---|---:|
| LN 7 | WAGES | |
| LN 8a | TAXABLE INTEREST: SCH B | 479 |
| LN 8b | TAX EXEMPT INTEREST | |
| LN 9 | DIVIDEND INCOME:   SCH B | |
| LN 10 | REFUNDS OF STATE/LOCAL TAXES | |
| LN 11 | ALIMONY RECEIVED | |
| LN 12 | BUSINESS INCOME OR LOSS:   SCH C | 7,137 |
| LN 13 | CAPITAL GAINS OR LOSS:   SCH D | |
| LN 14 | OTHER GAINS OR LOSSES:   FORM 4797 | |
| LN 15a | GROSS IRA DISTRIBUTIONS | |
| LN 15b | TAXABLE IRA DISTRIBUTIONS | |
| LN 16a | GROSS PENSION/ANNUITY AMOUNT | |
| LN 16b | TAXABLE PENSION/ANNUITY AMOUNT | |
| LN 17 | RENT/ROYALTY/PARTNERSHIP/ESTATE | |
| LN 18 | FARM INCOME OR LOSS:   SCH F | |
| LN 19 | UNEMPLOYMENT INCOME | |
| LN 20a | GROSS SOCIAL SECURITY BENEFITS | |
| LN 20b | TAXABLE SOCIAL SECURITY BENEFITS | |
| LN 21 | OTHER INCOME | 10,000 |
| | ADDITIONAL FORM 8814 NET INCOME | |
| LN 22 | TOTAL INCOME | 17,616 |
| | | |
| LN 23 | IRA DEDUCTION | |
| LN 24 | STUDENT LOAN INTEREST | 654 |
| LN 25 | MEDICAL SAVINGS ACCOUNT DEDUCTION | |
| LN 26 | MOVING EXPENSES:   FORM 3903 | |
| LN 27 | SELF-EMPLOYMENT TAX DEDUCTION | 504 |
| LN 28 | SELF-EMPLOYMENT HEALTH INSURANCE DEDUCTION | 432 |
| LN 29 | KEOGH/SEP CONTRIBUTION DEDUCTION | |
| LN 30 | EARLY WITHDRAWAL OF SAVINGS PENALTY | |
| LN 31 | ALIMONY PAID SSN:        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 | |
| | OTHER ADJUSTMENTS | 8,650 |
| LN 32 | TOTAL ADJUSTMENTS | 10,240 |
| LN 33 | ADJUSTED GROSS INCOME | 7,376.00 |
| | | |
| LN 39 | TAXABLE INCOME | |
| | | |
| LN 40 | TENTATIVE TAX | |
| | ADDITIONAL FORM 8814 TAX AMOUNT | |
| LN 41 | CHILD & DEPENDENT CARE EXPENSES: FORM 2441 | |

#34

Department of the Treasury
Internal Revenue Service

0609905173

Feb. 13, 2002    LTR 8054C
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   199912 30 000
00560

TYNIA R JOHNSON
12416 FLAGG DR
LAFAYETTE   CO   80026-9527164

| | | |
|---|---|---|
| LN 42 | CREDIT FOR ELDERLY AND DISABLED: SCH R | |
| LN 43 | CHILD TAX CREDIT: | |
| LN 44 | EDUCATION CREDIT:  FORM 8863 | |
| LN 45 | ADOPTION CREDIT: FORM 8839 | |
| LN 46 | FOREIGN TAX CREDIT:  FORM 1116 | |
| LN 47 | GENERAL BUSINESS CREDITS | |
| | MORTGAGE CERTIFICATE CREDIT | |
| | FORM 1040C CREDIT | |
| | PRIOR YEAR MINIMUM TAX CREDIT:  FORM 8801 | |
| | OTHER STATUTORY CREDITS | |
| LN 48 | TOTAL STATUTORY CREDITS | |
| LN 50 | SELF-EMPLOYMENT TAX | 1,008.00 |
| LN 51 | ALTERNATIVE MINIMUM TAX | |
| LN 52 | FICA ON UNREPORTED TIPS | |
| | UNPAID FICA ON REPORTED TIPS | |
| | TOTAL SOCIAL SECURITY/MEDICARE | |
| | TAX WITHHELD:  FORM 8812 | |
| LN 53 | TAX ON EARLY DISTRIBUTION:  FORM 5329 | |
| LN 54 | ADVANCE EARNED INCOME CREDIT (EIC) | |
| LN 55 | HOUSEHOLD EMPLOYMENT TAXES:  SCH H | |
| LN 56 | TOTAL TAX LIABILITY | 1,008.00 |
| | ACCUMULATED DISTRIBUTION OF TRUSTS:  FORM 4970 | |
| LN 57 | FEDERAL INCOME TAX WITHHELD | |
| LN 58 | ESTIMATED TAX PAYMENTS AND AMOUNT | |
| | PREVIOUSLY APPLIED | |
| LN 59 | EARNED INCOME CREDIT | 2,253.00 |
| | NON-TAXABLE EARNED INCOME | |
| LN 60 | ADDITIONAL CHILD TAX CREDIT:  FORM 8812 | |
| LN 61 | AMOUNT PAID WITH FORM 4868 | |
| LN 62 | EXCESS SOCIAL SECURITY/RAILROAD RETIREMENT | |
| | TAX WITHHELD | |
| LN 63 | CREDIT FOR FEDERAL TAX ON FUELS:  FORM 4136 | |
| | REGULATED INVESTMENT COMPANY CREDIT:  FORM 2439 | |
| LN 64 | TOTAL PAYMENTS | 2,253.00 |
| LN 66a | REFUND AMOUNT | 1,245.00- |
| LN 67 | APPLIED TO NEW YEAR'S ESTIMATED TAX | |
| LN 68 | AMOUNT YOU OWE | |
| LN 69 | ESTIMATED TAX PENALTY | |

SCHEDULE A

| | | |
|---|---|---|
| LN 1 | MEDICAL AND DENTAL EXPENSES | 288 |

Department of the Treasury
Internal Revenue Service

0609905173
Feb. 13, 2002    LTR 8054C
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    199912 30 000
00561

TYNIA R JOHNSON
12416 FLAGG DR
LAFAYETTE  CO  80026-9527164

| | | |
|---|---|---:|
| LN 4 | NET MEDICAL DEDUCTION | |
| LN 5 | STATE AND LOCAL INCOME TAXES | |
| LN 6 | REAL ESTATE TAXES | 1,185 |
| LN 9 | TOTAL TAXES | 1,185 |
| LN 10 | MORTGAGE INTEREST (FINANCIAL) FORM 1098 | 3,633 |
| LN 11 | MORTGAGE INTEREST (INDIVIDUAL) | |
| LN 12 | DEDUCTIBLE POINTS | |
| LN 13 | DEDUCTIBLE INVESTMENT INTEREST | |
| LN 14 | TOTAL INTEREST DEDUCTION | 3,633 |
| LN 16 | OTHER THAN CASH:  FORM 8283 | |
| LN 17 | CARRYOVER FROM PRIOR YEAR | |
| LN 18 | TOTAL CONTRIBUTIONS | 3,688 |
| LN 19 | CASUALTY OR THEFT LOSS:  FORM 4684 | |
| LN 23 | TOTAL LIMITED MISCELLANEOUS EXPENSES | |
| LN 26 | NET LIMITED MISCELLANEOUS DEDUCTIONS OTHER THAN GAMBLING AMOUNT | |
| LN 27 | OTHER MISCELLANEOUS DEDUCTIONS | |
| LN 28 | TOTAL ITEMIZED DEDUCTIONS | 8,506.00 |

SCHEDULE B

| | | |
|---|---|---:|
| LN 2 | GROSS SCHEDULE B INTEREST | 479 |
| | TAXABLE INTEREST INCOME (FROM 1040) | 479 |
| LN 3 | EXCLUDABLE SAVINGS BOND INTEREST | |
| LN 6 | GROSS SCHEDULE B DIVIDENDS | |
| | TAXABLE DIVIDEND INCOME (FROM 1040) | |
| LN 7a | FOREIGN ACCOUNTS INDICATOR | 0 |

SCHEDULE C

| | | |
|---|---|---:|
| LN 1 | GROSS RECEIPTS OR SALES | 50,535 |
| LN 2 | RETURNS AND ALLOWANCES | |
| LN 4 | COST OF GOODS SOLD | 8,900 |
| LN 6 | OTHER INCOME | |
| LN 10 | CAR AND TRUCK EXPENSES | 3,562 |
| LN 13 | DEPRECIATION | 1,013 |
| LN 16a | MORTGAGE INTEREST | |
| LN 17 | LEGAL AND PROFESSIONAL SERVICES | 500 |
| LN 21 | REPAIRS AND MAINTENANCE | 600 |
| LN 24a | TRAVEL | |
| LN 24d | NET MEALS AND ENTERTAINMENT | |
| LN 26 | WAGES | |
| LN 27 | OTHER EXPENSES | 435 |

Department of the Treasury
Internal Revenue Service

0609905173
Feb. 13, 2002   LTR 8054C
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   199912 30 000
00562

TYNIA R JOHNSON
12416 FLAGG DR
LAFAYETTE   CO   80026-9527164


LN 28/2 TOTAL EXPENSES                                        34,498

LN 30   EXPENSE FOR BUSINESS USE OF HOME
LN 35   INVENTORY AT BEGINNING OF YEAR                          100
LN 37   COST OF LABOR
LN 41   INVENTORY AT END OF YEAR                                200

EARNED INCOME CREDIT SCHEDULE

        CHILD 1

LN 1a   CHILD'S NAME                                           HALL
LN 2a   YEAR OF BIRTH                                          1988
LN 3a   STUDENT UNDER AGE 24 OR/TOTALLY DISABLED                  0
LN 4a   SOCIAL SECURITY NUMBER                          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

        CHILD 2

LN 1b   CHILD'S NAME
LN 2b   YEAR OF BIRTH                                           0000
LN 3b   STUDENT UNDER AGE 24 OR/TOTALLY DISABLED                  0
LN 4b   SOCIAL SECURITY NUMBER                          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

SCHEDULE SE

        SOCIAL SECURITY NUMBER OF SELF-EMPLOYED TAXPAYER   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
LN 1    NET FARM PROFIT/LOSS: SCH F
LN 2    NET PROFIT/LOSS:  SCH C/K1                            7,137
LN 3    TOTAL SE INCOME                                       7,137
LN 5a   TENTATIVE CHURCH WAGES
LN 8c   TOTAL SOCIAL SECURITY AND RAILROAD
        RETIREMENT WAGES