# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT
## (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Loan Number: 911955                                                  Date: OCTOBER    27, 1999
Creditor:  FIRSTATE BANK OF COLORADO
Address: 2650 E. 120 AVE, THORNTON, COLORADO 80233

Borrower(s): PATRICIA MILLER-ST. CYR, TYNIA R. JOHNSON

Address: 6303 ARAPAHOE ROAD, BOULDER, COLORADO 80303
Lines containing an "x" are applicable:

| ANNUAL PERCENTAGE RATE  The cost of your credit as a yearly rate. | FINANCE CHARGE  The dollar amount the credit will cost you. | Amount Financed  The amount of credit provided to you or on your behalf. | Total of Payments  The amount you will have paid after you have made all payments as scheduled. | ☐Total Sale Price  The total cost of your purchase on credit including your down-payment of $ |
|---|---|---|---|---|
| 10.092  % | $  128,123.98 | $  256,572.74 | $  384,696.72 | $ |

PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payment** | When Payments Are Due | Number of Payments | Amount of Payment** | When Payments Are Due | Number of Payments | Amount of Payment** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning | | | Monthly Beginning | | | Monthly Beginning |
| 59 | 2,233.80 | 12/01/99 | | | | | | |
| 1 | 252,902.52 | 11/01/04 | | | | | | |

____DEMAND FEATURE: This obligation has a demand feature.

____VARIABLE RATE FEATURE: Your loan contains a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

INSURANCE: The following insurance is required to obtain credit:
____Credit life insurance and credit disability    ____Property Insurance    ____Flood Insurance    ____Private Mortgage Insurance
You may obtain property insurance from any insurer that is acceptable to the Lender.
SECURITY: You are giving a security interest in: 12416 FLAGG DRIVE, LAFAYETTE, COLORADO 80026
        X  The goods or property being purchased    ____Real property you already own.
FILING FEES:  $
LATE CHARGE: If payment is more than ____15____ days late, you will be charged ____5.000____ % of the payment.
PREPAYMENT: If you pay off early, you
____may    X  will not    have to pay a penalty.
____may    X  will not    be entitled to a refund of part of the finance charge.
ASSUMPTION: Someone buying your property
____may    ____may, subject to conditions    X  may not    assume the remainder of your loan on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.
X  "e" means an estimate _____ all dates and numerical disclosures except the late payment disclosures are estimates.

Each of the undersigned acknowledge receipt of a complete copy of this disclosure. The disclosure does not constitute a contract or a commitment to lend.

_____  (Applicant)      (Date)      _____  (Applicant)      10-27-99  (Date)
ATRICIA MILLER-ST. CYR                                          TYNIA R. JOHNSON

_____  (Applicant)      (Date)      _____  (Applicant)      (Date)

_____  (Applicant)      (Date)      _____  (Applicant)      (Date)

** NOTE: Payments shown above do not include reserve deposits for taxes, assessments, and property or flood insurance.

CA 7446
Johnson/Saint Cyr v. BOCC, et al,
Case No. 04-cv-0245-RPM-BNB