## BALLOON PAYMENT DISCLOSURE
NOTICE: READ BEFORE SIGNING YOUR LOAN DOCUMENTS

This loan provides for ___59___ monthly payments of: (check one)

[ XX] principal and interest    [    ] "interest only"

in the amount of $__2,233.80___ each. Assuming that all of the monthly payments have been paid exactly on the date that each is due, a final payment of the then outstanding principal balance plus all earned interest remaining unpaid ("Balloon Payment" amount) estimated to be in the amount of $252,902.52 shall become due and payable on NOVEMBER 1, 2004 (the "Maturity Date").

### DO NOT SIGN ANY LOAN DOCUMENTS IF YOU
### HAVE ANY QUESTIONS ABOUT YOUR LOAN PAYMENTS.

Unless otherwise expressly disclosed in the Note, or in an Addendum or a Rider to the Note, THE LENDER IN THIS TRANSACTION IS UNDER NO OBLIGATION TO REFINANCE THE OUTSTANDING PRINCIPAL BALANCE OF THIS LOAN DUE ON THE MATURITY DATE. You may be required to payoff the entire principal balance, plus any unpaid interest due thereon, on the maturity date using personal assets. If this Lender, or any other Lender, agrees to refinance the outstanding balance due on the maturity date, you may be required to pay the then prevailing interest rate, which may be higher or lower than the interest rate specified in the Note, plus loan origination costs and fees as are typically incurred when creating a new loan.

I hereby certify that the Borrower(s) have received an oral explanation of the balloon payment provisions of this loan.

_____
(Signature of Loan Officer)

Loan Number: 911955

ALL BORROWERS MUST SIGN AND DATE

I/We hereby acknowledge receipt of the above notice concerning the balloon payment provisions of this loan. I/We further acknowledge that these provisions have also been orally explained to me/us.

_____
PATRICIA MILLER-ST. CYR    (Date)

_____
TYNIA R. JOHNSON    (Date)

_____
(Date)

_____
(Date)

_____
(Date)

_____
(Date)

CA 7444
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB