# Colorado Department of Agriculture

**PACFA Reporting System**　　　　　　　　　　　　　　**Complaint Investigation Form**

Complaint ID:　**741**
Date:　**01/19/2000**

## Facility Information:

Facility ID:　**3232**　　　Business Name:　**HALLMAN HOUSE**
Facility Type:　　　　　　　Owned By:
　　　　　　　　　　　　　Business Address:　**12416 FLAGG DR.**
　　　　　　　　　　　　　　　　　　　　　　**LAFAYETTE, CO  80026**

Telephone:　**(303) 444-8323**

## Complaint Information:

Name:　**Wendy Atkin**
Address:
Telephone:　**(303) 604-0917**

## Complaint Details:　　　　　　　　*Inspector Assigned to Facility:  Scott Leach*

1/19/00　　　This complaint is about the facility on Flag St. in Lafayette.  Complainant took her dog in to be boarded.  Her dog was viciously attacked on 12/6/99, by Ms. Johnson's dogs.  Complainant's Golden Retriever is now on it's 5th surgery due to injuries sustained from this attack.

1/20/00　　　Spoke with Ms. Atkin.  Her dogs were to be exercised together, but had no knowledge that Tynia's own personal dogs (Rottweiler and Standard Poodle) would be included.  Fine issued.  Unlicensed facility at this time (she operates in Boulder in a licensed facility).  Cease & Desist issued until 1999 license paid.  See inspection report dated 1/20/00.  Fine issued dated 1/20/00.  Cease & Desist issued 1/20/00.  Valid complaint.

DEPT AG 3036
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

COLORADO DEPARTMENT OF AGRICULTURE
DIVISON OF ANIMAL INDUSTRY
700 KIPLING ST., SUITE 4000
LAKEWOOD, CO 80215 - TELE: 303-239-4161
*PET ANIMAL CARE FACILITIES INSPECTION REPORT*

1. Company Number ___ ASA 3732 ___
3. Date of Inspection ___ 1/20/00 ___
5. Date of Last Inspection ___ N/A ___

2. Page 1 of ___ 2 ___
4. Time ___ 12:10 p ___
6. Time _____

___ Routine    ___ Reinspection    _✓_ Pre-license    ___ Complaint    ___ Other

NAME AND MAILING ADDRESS OF LICENSEE
Hallman House
12416 Flagg Dr.
Lafayette, Co 80026

TELE:

8. ADDRESS OF PREMISES AT TIME OF INSPECTION
(If different then item 7)

TELE:

| Standards and Regulations | A Pet Animal Dealer | B Breeder | C Boarding | D Grooming | E Animal Shelter | F Animal Rescue | G Training | H Other |
|---|---|---|---|---|---|---|---|---|
| "X" if NON compliant | | | | | | | | |
| 1. STRUCTURE AND CONSTRUCTION | | | | | | | | |
| 2. INTERIOR SURFACES | | | ✓C | | | | | |
| 3. HEATING / COOLING / VENTILATION | | | | | | | | |
| 4. WATER / WASHROOMS | | | | | | | | |
| 5. DRAINAGE AND WASTE DISPOSAL | | | | | | | | |
| 6. ELECTRIC POWER / LIGHTING | | | | | | | | |
| 7. ISOLATION | | | | | | | | |
| 8. GROOMING | | | | | | | | |
| 9. RUNS AND PENS | | | | | | | | |
| 10. SHELTER FROM ELEMENTS | | | | | | | | |
| 11. SURFACES / SUBSTRATES | | | | | | | | |
| 12. CAPACITY / PERIMETER FENCE / BARRIER | | | | | | | | |
| 13. ENCLOSURE | | | ✓NC | | | | | |
| 14. ANIMAL CARE | | | ✓C | | | | | |
| 15. GENERAL REQUIREMENTS | | | | | | | | |
| 16. SPACE & ADDITIONAL REQUIREMENT | | | | | | | | |
| 17. FLOORS | | | | | | | | |
| 18. EXERCISE & SOCIALIZATION | | | ✓C | | | | | |
| 19. VETERINARY CARE | | | ✓C | | | | | |
| 20. FEEDING / WATERING | | | | | | | | |
| 21. STORAGE | | | | | | | | |
| 22. CLEANING AND SANITATION | | | | | | | | |
| 23. PEST CONTROL | | | | | | | | |
| 24. RECORDS | | | | | | | | |
| 25. BANDING / IDENTIFICATION | | | | | | | | |

COMMENTS: ② The barewood surfaces inside small shelter in backyard need to be painted or sealed to provide a water resistant, cleanable surface

⑬ Shelter and shade from the elements and sunlight need to be provided for in the outside kennels when animals are housed in there. The shelter needs to be directly proportional to the size of the dog. Recommend a tarp over the ~~kennels~~ half or a quarter of the top of the kennels that is securely tied down.

⑭ All animals shall be observed daily by the person in charge of the pet animal boarding facility, or by an employee working under his/her supervision for signs of illness or injury and any animal displaying signs of illness or injury must be diagnosed by a veterinarian in a timely manner.

Violation Correction Due Date: ___ See page two ___

PREPARED BY: X _[signature]_
Signature of Inspector

X _____
Signature of Facility Representative

**DEPT AG 3037**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

COLORADO DEPARTMENT OF AGRICULTURE
DIVISION OF ANIMAL INDUSTRY

# CONTINUATION SHEET FOR ANIMAL CARE INSPECTION REPORT(S)

| 1. LICENSEE: Hallinan House | 2. LICENSE NO. V/A | 3. DATE 1/20/00 | 4. PAGE 2 OF 2 |
|---|---|---|---|

5. LOCATION OR SITE
12416 Flagg Dr. Lafayette, Co 80026

COMMENTS:

(18) Any pet animals housed in the same primary enclosure shall be maintained in compatible groups; Any pet animal exhibiting an aggressive behavior shall be housed individually.

(19) Any pet animal that becomes seriously ill or injured must be diagnosed by a veterinarian in a timely manner and a prescribed therapy followed. Timely veterinary care was not sought by employees for Casey Atkin.

The 1999 license fee and application for this facility must be received by Jan 31, 2000. You will be required to cease and desist all activity until received A license fee will still need to be paid for time operated in the 1999 license year even if you have ceased operation.
Correction of violation #2 must be completed by Feb 9, 2000
Correction of violation #13 must be immediate when a dog is housed in any of the four outdoor kennels.
Correction of all other violations must be immediate and ongoing.

Fine issued
Cease + Desist issued

PREPARED BY (Signature and title) _____

DEPT AG 3038

Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

doc:PACINSP.FRM

# Facility Complaint

Complaint ID:          920
Date:                  6/2/2000

## Facility Information:

CONBR        3232      HALLMAN HOUSE
Owned By               TYNIA JOHNSON
Address:               12416 FLAGG DR.
                       LAFAYETTE, CO 80026
Telephone              (303) 444-8323        Type of Facility:   BOARDING

## Complainant Information

Skip VanWinkle

Phone numbe            (303) 604-2233

Address:

## Complaint Details:          Inspector assigned to facility    | Scott Leach

Boarded 6 year old Sheltie (Pepper) at above facility.  Dog was very active and healthy.  Dog had been to her vet
the previous 5/24/00.  Dog died at kennel on 5/29/00.  Ms. Johnson told the owners not to bring in Pepper's food
that she had her own.  Ms. Johnson said that Pepper was happily playing with all of the other dogs and doing fine.
She found Pepper dead in the morning with rigamortis already setting in.  Pepper's veterinarian is Dr. Jan Glenn of
Animal House.  Pepper is being necropsied at CSU and the VanWinkle's are awaiting the results of the
microscopic exam from that necropsy.  Please keep in contact with the complainant's regarding this issue.

6/3/00. Courtesy call. Ms Johnson says that Pepper was acting very normal. Dogs were placed in kennel shelter @ 08:00pm. Shelter has swamp cooler (which has not been used to date) and two mechanical fans. Door is left open at night. Thermometer is on wall. Ms Johnson went to shelter @ 6:30am and found Pepper. She was in a wire cage. Started using kennel shelter around March (moved from inside area and expanded). Inspection on Overcast, 81° day - thermometer read 84°F inside. Boarding card for Pepper would not be found at facility - Ms Johnson believes it was taken to other facility in Boulder. Ms. Johnson does not believe that the Van Winkle's signed any consent form

Invalid

# Colorado Department of Agriculture

PACFA Reporting System                                    Complaint Investigation Form

Complaint ID:  **2426**
Date:          **08/15/2000**

## Facility Information:

Facility ID:   **3232**          Business Name:   **HALLMAN HOUSE**
Facility Type: **Boarding / Training**  Owned By:
                                 Business Address: **12416 FLAGG DR.**
                                                   **LAFAYETTE, CO  80026**
Telephone:     **(303) 444-8323**

## Complainant Information:

Name:      **Jackie Carbone**
Address:

           ,

Telephone:  **(303) 507-3252**

## Complaint Details:

*Inspector Assigned to Facility:  Scott Leach*

8/15/00 - Received vet records from Pets & Pals Veterinary Hospital. "Rusti" was in a dog fight (at Boulder facility 8/31/99) and brought into the vet on 9/1/99. Re: two interviews with complainant: Rusty was not supposed to be commingled-verbally told Tynia, but signed no consent form. Rusti was an alpha dog, but was a therapy dog as well. No phone call to complainant when injury occurred-she picked up "Rusti" ~9/6/99. Tynia started the dog on Abx before taking or contacting a vet (8/31/99), and clipped around the lacerations. When complainant p/u "Rusti" she was still commingling with other dogs. Tynia knew that "Rusti" was not to be around other dogs because she had at least 2 private training classes with "Rusti" prior to the incident. First story Tynia told complainant was that "Wishbone" (complainant's other dog) attacked "Rusti". Second story that Tynia told complainant was that "Rusti" attacked Tynia's Rottweiler, then other dogs in pen attacked her. After incident, "Rusti" became very aggressive towards "Wishbone" (never had been before) and a neighbor dog and eventually had to be put to sleep. Tynia charged complainant's credit card for the boarding charges w/o complainant's consent, and did not pay for subsequent vet visits.

8/24/00 - Valid complaint. Commingled animals are to have written consent. Animals that are showing aggressive behavior, they are to be separated. Fine and Cease & Desist order issued. See inspection report form dated 8/24/00.

DEPT AG 3041
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

The information contained herein is PROPRIETARY and CONFIDENTIAL to the State of Colorado - Department of Agriculture
Printed on Thursday, October 30, 2003 at11:24:41 AM

# Colorado Department of Agriculture

PACFA Reporting System                                    Complaint Investigation Form

| | |
|---|---|
| Complaint ID: | **2427** |
| Date: | **08/15/2000** |

## Facility Information:

| | | | |
|---|---|---|---|
| Facility ID: | **3232** | Business Name: | **HALLMAN HOUSE** |
| Facility Type: | **Boarding / Training** | Owned By: | |
| | | Business Address: | **12416 FLAGG DR.** |
| | | | **LAFAYETTE, CO  80026** |
| Telephone: | **(303) 444-8323** | | |

## Complainant Information:

| | |
|---|---|
| Name: | **Kris Cordova** |
| Address: | , |
| Telephone: | **(303) 926-3980** |

## Complaint Details:

*Inspector Assigned to Facility: Scott Leach*

8/15/00 - Received vet records from Pets & Pals Veterinary Hospital. Boarded "Tsavo". "Tsavo" was attacked around 6:40 pm on 6/19/00 by a worker's Rottweiler. Complainant did not sign any commingling consent form.

8/24/00 - Valid complaint. Commingled animals are to have written consent. Animals that are showing aggressive behavior, they are to be separated. Fine and Cease & Desist order issued. See inspection report form dated 8/24/00.

DEPT AG 3042

Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

The information contained herein is PROPRIETARY and CONFIDENTIAL to the State of Colorado - Department of Agriculture

Printed on Thursday, October 30, 2003 at11:24:50 AM

# Colorado Department of Agriculture

PACFA Reporting System                                                Complaint Investigation Form

Complaint ID:    **2429**
Date:            **08/15/2000**

## Facility Information:

Facility ID:     **3232**          Business Name:    **HALLMAN HOUSE**
Facility Type:   **Boarding / Training**  Owned By:
                                   Business Address:  **12416 FLAGG DR.**
                                                      **LAFAYETTE, CO  80026**
Telephone:       **(303) 444-8323**

## Complainant Information:

Name:            **Mary Jean Frickes**
Address:

Telephone:       **(303) 652-0145**

## Complaint Details:

*Inspector Assigned to Facility: Scott Leach*

*Received Vet records from Pets + Pals Veterinary Hospital*

8/15/00 - Boarded "Nick" and "Willy" from end of July until the middle of August. "Nick" taken to Pets and Pals on 8/4/00 because attacked by two dogs. Tynia shaved around the injuries and cleaned him up before taking to the vet. Complainant was not called about incident-Tynia's policy not to call them while on vacation. "Nick" and Tynia's Rottweiler had a scuffle two times before at the Boulder facility-1st time no injury, 2nd time small injury to "Nick" (Tynia paid for vet bill), this was 3rd time (Tynia paid for ½ of vet bills). "Nick" and "Willy" and Rottweiler were to be separated. Complainant was told that "Nick" and "Willy" were fence fighting ("Willy" was in a pen alone) and Rottweiler was being moved and escaped and attacked "Nick"-other dogs in with "Nick" attacked him as well. After the incident, "Nick" became overly aggressive towards "Willy" and other dogs and had to be put to sleep.

8/24/00 - Valid complaint. Commingled animals are to have written consent. Animals that are showing aggressive behavior, they are to be separated. Fine and Cease & Desist order issued. See inspection report form dated 8/24/00.

DEPT AG 3043
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

The information contained herein is PROPRIETARY and CONFIDENTIAL to the State of Colorado - Department of Agriculture
Printed on Thursday, October 30, 2003 at11:25:04 AM

# Colorado Department of Agriculture

PACFA Reporting System                                    Complaint Investigation Form

Complaint ID:    **2428**
Date:            **08/15/2000**

## Facility Information:

Facility ID:     **3232**              Business Name:    **HALLMAN HOUSE**
Facility Type:   **Boarding / Training** Owned By:
                                        Business Address:  **12416 FLAGG DR.**
                                                           **LAFAYETTE, CO  80026**
Telephone:       **(303) 444-8323**

## Complainant Information:

Name:      **Ramond & Joann Alversa**
Address:

                        ,

Telephone:    **(303) 402-9324**

## Complaint Details:

*Inspector Assigned to Facility: Scott Leach*

8/15/00 - Received vet records from Pets & Pals Veterinary Hospital. "Rocky" was in a dog fight (possibly at Boulder facility) and brought in on 7/27/00. Required drain, laceration cleaning and antibiotics.

8/24/00 - Valid complaint. Animals that are showing aggressive behavior, they are to be separated. Fine and Cease & Desist order issued. See inspection report form dated 8/24/00.

**DEPT AG 3044**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

The information contained herein is PROPRIETARY and CONFIDENTIAL to the State of Colorado - Department of Agriculture
Printed on Thursday, October 30, 2003 at11:24:57 AM

**COLORADO DEPARTMENT OF AGRICULTURE**
**DIVISON OF ANIMAL INDUSTRY**
700 KIPLING ST., SUITE 4000
LAKEWOOD, CO 80215 - TELE: 303-239-4161
*PET ANIMAL CARE FACILITIES INSPECTION REPORT*

1. Company Number  3232
2. Page 1 of  1
3. Date of Inspection  8/24/00
4. Time  11:30 A
5. Date of Last Inspection  7/3/00
6. Time

____ Routine      ____ Reinspection      ____ Pre-license      ✓ Complaint      ____ Other

**7. NAME AND MAILING ADDRESS OF LICENSEE**

Hallman House
12416 Flagg Drive
Lafayette, CO 80026

TELE:

**8. ADDRESS OF PREMISES AT TIME OF INSPECTION**
*(If different then item 7)*

TELE:

| Standards and Regulations | A Pet Animal Dealer | B Breeder | C Boarding | D Grooming | E Animal Shelter | F Animal Rescue | G Training | H Other |
|---|---|---|---|---|---|---|---|---|
| "X" if NON compliant |  |  |  |  |  |  |  |  |
| 1. STRUCTURE AND CONSTRUCTION |  |  |  |  |  |  |  |  |
| 2. INTERIOR SURFACES |  |  |  |  |  |  |  |  |
| 3. HEATING / COOLING / VENTILATION |  |  |  |  |  |  |  |  |
| 4. WATER / WASHROOMS |  |  |  |  |  |  |  |  |
| 5. DRAINAGE AND WASTE DISPOSAL |  |  |  |  |  |  |  |  |
| 6. ELECTRIC POWER / LIGHTING |  |  |  |  |  |  |  |  |
| 7. ISOLATION |  |  |  |  |  |  |  |  |
| 8. GROOMING |  |  |  |  |  |  |  |  |
| 9. RUNS AND PENS |  |  |  |  |  |  |  |  |
| 10. SHELTER FROM ELEMENTS |  |  |  |  |  |  |  |  |
| 11. SURFACES / SUBSTRATES |  |  |  |  |  |  |  |  |
| 12. CAPACITY / PERIMETER FENCE / BARRIER |  |  |  |  |  |  |  |  |
| 13. ENCLOSURE |  |  |  |  |  |  |  |  |
| (14.) ANIMAL CARE |  |  | ✓ CR |  |  |  |  |  |
| 15. GENERAL REQUIREMENTS |  |  |  |  |  |  |  |  |
| 16. SPACE & ADDITIONAL REQUIREMENT |  |  |  |  |  |  |  |  |
| 17. FLOORS |  |  |  |  |  |  |  |  |
| (18.) EXERCISE & SOCIALIZATION |  |  | ✓ CR |  |  |  |  |  |
| 19. VETERINARY CARE |  |  |  |  |  |  |  |  |
| 20. FEEDING / WATERING |  |  |  |  |  |  |  |  |
| 21. STORAGE |  |  |  |  |  |  |  |  |
| 22. CLEANING AND SANITATION |  |  |  |  |  |  |  |  |
| 23. PEST CONTROL |  |  |  |  |  |  |  |  |
| (24.) RECORDS |  |  | ✓ CR |  |  |  |  |  |
| 25. BANDING / IDENTIFICATION |  |  |  |  |  |  |  |  |

COMMENTS: (14) Animals boarded must be protected from injury

(18) Any animal exhibiting aggressive behavior shall be housed separately

(24) Animals comingling of different ownership must have owners' written consent. Three of the four animals' paperwork with written consent were not produced at time of inquiry.

Violation Correction Due Date: *Immediately*

PREPARED BY: X _____
Signature of Inspector

X _____
Signature of Facility Representative

**DEPT AG 3045**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

3032

## COLORADO DEPARTMENT OF AGRICULTURE
## DIVISION OF ANIMAL INDUSTRY
## PET ANIMAL CARE FACILITIES ACT

700 Kipling Street, Suite 4000
Lakewood, Colorado 80215-5894
303-239-4161

## NOTICE OF CITATION AND PENALTY ASSESSMENT
IN THE MATTER OF :

_Hallman House / #3232, 975_
PET ANIMAL CARE FACILITY NAME / LICENSE #

_12416 Flagg Dr._
FACILITY ADDRESS

_Lafayette_      _CO_    _80026_
CITY            STATE     ZIP CODE

## VIOLATIONS

CRS 35-80-113. Any person who violates any provision of this article or any rule
adopted pursuant to this article is subject to a civil penalty, as determined by the
Commissioner. No civil penalty may be imposed unless the person charged is given
notice and opportunity for a hearing pursuant to article 4 of title 24, C.R.S.

Details of violations:

_Sec. 16. C. (d) - Protect animals from there from_
_injury._
_Sec. 16 F 2 a (3)(i) Any animal exhibiting aggressive_
_behavior shall be housed separately._
_Pet animals of different ownership - written_
_consent._

Inspector Comments:

_Four mixed dogs all requiring surgery._
_Barki, Betsi, Nick & Trans._
_7-27-00, 9-1-99, 8-4-00, 6-14-00_

TOTAL PENALTY ASSESSED: $ _800⁰⁰_

The Commissioner has reason to believe that above named facility has committed the
violation(s) described hereon and affirms a copy of this notice of penalty assessment was
duly served upon the facility operator by handing a copy to: _____
at _12416 Flagg Dr._    dated this ___ day of
_August_ 200 _0_ by _____
SIGNATURE OF THE COMMISSIONER'S DESIGNEE

### THIS IS A LEGAL DOCUMENT, READ BOTH SIDES.
DISPERSION: WHITE - OFFICE COPY  YELLOW - RESPONDENT'S COPY  PINK - REMITTANCE COPY

DEPT AG 3046
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

# STATE OF COLORADO

**DEPARTMENT OF AGRICULTURE**
Animal Industry Division
700 Kipling Street, Suite 4000
Lakewood, Colorado 80215-5894
Telephone (303) 239-4161
FAX (303) 239-4164



Bill Owens
Governor

Donald D. Ament
Commissioner

## THE COMMISSIONER OF AGRICULTURE
## STATE OF COLORADO
## CEASE AND DESIST ORDER

To: *Hallman House, 12416 Flagg Dr. Lafayette, CO 80026*

PURSUANT TO SECTION 35-80-104 C.R.S., you are ordered to CEASE AND DESIST violating the Pet Animal Care Facilities Act (PACFA), State Statute 35-80-101 through 117.

You are presently operating a pet animal care facility without the required PACFA license, violating the Act and the rules and regulations thereto as follows: *C.R.S. 35-80-111 (2)(a) Whenever the Commissioner has cause to believe a violation of rule has occured he may issue a cease and desist order,* ~~STATE STATUTE 35-80-104:~~ Any person operating a pet animal facility shall possess a valid pet animal facility license issued by the commissioner in accordance with this article and any rules and regulations adopted by the commissioner in accordance with the provisions of this article.

**YOU ARE ORDERED TO CEASE AND DESIST OPERATION OF THIS PET ANIMAL FACILITY FORTHWITH,** ~~unless and until you are licensed pursuant to PACFA and the rules and regulations thereto.~~ *Until all fines are paid and you have demonstrated abilities to prevent further violations as cited on 8-24-00.*
YOU ARE NOTIFIED that you may request in writing, a hearing, on the question of whether any violation has occurred. If so requested, a prompt hearing pursuant to the provisions of the Pet Animal Care Facilities Act and article 4 of title 24, CRS, shall be held to determine whether or not such violation has occurred.

In the event of your failure to comply with this CEASE AND DESIST ORDER, pursuant to State Statute 35-80-111 2 (b), the commissioner may bring suit for a temporary restraining order and for injunctive relief to prevent any further or continued violation of this Act.

SO ORDERED THIS *24th* DAY OF *August*, 200*0*.

*Keith A. Roehr DVM*
Keith A. Roehr DVM
Division of Animal Industries
Colorado Department of Agriculture
700 Kipling Street, Suite 4000
Lakewood, CO 80215-5894

This Cease and Desist Order was served by personally handing a copy to at *Hallman House*, this *24* day of *August*, 200*0*.
Signed: *Keith A. Roehr DVM*.

**DEPT AG 3047**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB)

**COLORADO DEPARTMENT OF AGRICULTURE**
**DIVISION OF ANIMAL INDUSTRY**
**PET ANIMAL CARE FACILITIES ACT**
700 Kipling Street, Suite 4000
Lakewood, Colorado 80215-5894
303-239-4161

## WARNING OF POTENTIAL CITATION AND PENALTY

_Hallman House_        _Cont. #3232_
PET ANIMAL CARE FACILITY NAME / LICENSE #

_12416 Flagg Drive_
FACILITY ADDRESS

_Lafayette_        _Co_        _80026_
CITY                STATE        ZIP CODE

## VIOLATIONS

CRS 35-80-113. Any person who violates any provision of this article or any rule
adopted pursuant to this article is subject to a civil penalty, as determined by the
Commissioner. No civil penalty may be imposed unless the person charged is given
notice and opportunity for a hearing pursuant to article 4 of title 24, C.R.S.

**Details of violations:**

_Two aggressive pit bulls were not able to be housed individually at all times from other animals. This is because the pens that they were in did not ensure their containment. There was a facility failure and both dogs escaped from their runs injuring in combination three dogs. One of the two dogs escaped twice on two separate days._

**Inspector Comments:**

_Any further injury to dogs at the facility will result in this fine becoming active, plus possible additional fines_

**TOTAL PENALTY STAYED PENDING COMPLIANCE WITH RULES AND
REGULATIONS: $** _200.00_

The Commissioner has reason to believe that above named facility has committed the
violation(s) described hereon and affirms a copy of this notice of penalty assessment was
duly served upon the facility operator by handing a copy to: _Mailed to Tynia Johnson Certified_
at _12416 Flagg Dr._ ____ dated this _12th_ day of _Dec_ 200_0_
by _[signature]_
SIGNATURE OF THE COMMISSIONER'S DESIGNEE

**THIS IS A LEGAL DOCUMENT**
DISPERSION: WHITE - OFFICE COPY    YELLOW - RESPONDENT'S COPY

DEPT AG 3052
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

COLORADO DEPARTMENT OF AGRICULTURE
DIVISON OF ANIMAL INDUSTRY
700 KIPLING ST., SUITE 4000
LAKEWOOD, CO 80215 - TELE: 303-239-4161
*PET ANIMAL CARE FACILITIES INSPECTION REPORT*

1. Company Number _3232_
3. Date of Inspection _5/3/01_
5. Date of Last Inspection _12/6/00_

2. Page 1 of _1_
4. Time _9:30 A_
6. Time _____

✓ Routine      ___ Reinspection      ___ Pre-license      ___ Complaint      ___ Other

7. NAME AND MAILING ADDRESS OF LICENSEE

Hallman House
12416 Flagg Drive
Lafayette, CO  80026

TELE:

8. ADDRESS OF PREMISES AT TIME OF INSPECTION
*(If different then item 7)*

TELE:

| Standards and Regulations | A Pet Animal Dealer | B Breeder | C Boarding | D Grooming | E Animal Shelter | F Animal Rescue | G Training | H Other |
|---|---|---|---|---|---|---|---|---|
| "X" if NON compliant | | | | | | | | |
| 1. STRUCTURE AND CONSTRUCTION | | | | | | | | |
| ②. INTERIOR SURFACES | | | ✓ C | | | | | |
| 3. HEATING / COOLING / VENTILATION | | | | | | | | |
| 4. WATER / WASHROOMS | | | | | | | | |
| ⑤. DRAINAGE AND WASTE DISPOSAL | | | ✓ C | | | | | |
| 6. ELECTRIC POWER / LIGHTING | | | | | | | | |
| 7. ISOLATION | | | | | | | | |
| 8. GROOMING | | | | | | | | |
| 9. RUNS AND PENS | | | | | | | | |
| 10. SHELTER FROM ELEMENTS | | | | | | | | |
| 11. SURFACES / SUBSTRATES | | | | | | | | |
| 12. CAPACITY / PERIMETER FENCE / BARRIER | | | | | | | | |
| 13. ENCLOSURE | | | | | | | | |
| 14. ANIMAL CARE | | | | | | | | |
| ⑮. GENERAL REQUIREMENTS | | | | ✓ NC | | | | |
| 16. SPACE & ADDITIONAL REQUIREMENT | | | | | | | | |
| 17. FLOORS | | | | | | | | |
| 18. EXERCISE & SOCIALIZATION | | | | | | | | |
| 19. VETERINARY CARE | | | | | | | | |
| 20. FEEDING / WATERING | | | | | | | | |
| 21. STORAGE | | | | | | | | |
| 22. CLEANING AND SANITATION | | | | | | | | |
| 23. PEST CONTROL | | | | | | | | |
| 24. RECORDS | | | | | | | | |
| 25. BANDING / IDENTIFICATION | | | | | | | | |

COMMENTS: ② In kennel area any barewood or unsealed wood needs to be painted or sealed - floors, wooden boards underneath crates, walls, etc.

⑤ Be sure that in all animal exercise pens there is proper slope to drain excess water. On today's inspection there were numerous areas with standing water.

⑮ Be sure that all clients know and consent to dogs being tethered while being bathed in the tub.

* The anesthesia free teeth cleaning, unless under the direct supervision of a licensed veterinarian, is a violation of the Colorado Veterinary Practice Act, as would be administering vaccines to other people's animals and charging a fee *

Violation Correction Due Date: #2 - May 30, 2001   #5 - June 20, 2001   #15 - Immediately

PREPARED BY:  X _____
Signature of Inspector

X _____
Signature of Facility Representative

DEPT AG 3053
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB)

COLORADO DEPARTMENT OF AGRICULTURE
DIVISON OF ANIMAL INDUSTRY
700 KIPLING ST., SUITE 4000
LAKEWOOD, CO 80215 - TELE: 303-239-4161
*PET ANIMAL CARE FACILITIES INSPECTION REPORT*

1. Company Number __3232__
3. Date of Inspection __7/24/01__
5. Date of Last Inspection __5/3/01__

2. Page 1 of __1__
4. Time __9:30A__
6. Time __9:30 A__

____ Routine      ____ Reinspection      ____ Pre-license      _✓_ Complaint      ____ Other

7. NAME AND MAILING ADDRESS OF LICENSEE

Hallman House
12416 Flagg Drive
Lafayette, CO 80026

TELE:

8. ADDRESS OF PREMISES AT TIME OF INSPECTION
*(If different then item 7)*

TELE:

| Standards and Regulations | A Pet Animal Dealer | B Breeder | C Boarding | D Grooming | E Animal Shelter | F Animal Rescue | G Training | H Other |
|---|---|---|---|---|---|---|---|---|
| **"X" if NON compliant** | | | | | | | | |
| 1. STRUCTURE AND CONSTRUCTION | | | | | | | | |
| 2. INTERIOR SURFACES | | | / | | | | | |
| 3. HEATING / COOLING / VENTILATION | | | | | | | | |
| 4. WATER / WASHROOMS | | | | | | | | |
| 5. DRAINAGE AND WASTE DISPOSAL | | | | | | | | |
| 6. ELECTRIC POWER / LIGHTING | | | | | | | | |
| 7. ISOLATION | | | | | | | | |
| 8. GROOMING | | | | | | | | |
| 9. RUNS AND PENS | | | | | | | | |
| 10. SHELTER FROM ELEMENTS | | | | | | | | |
| 11. SURFACES / SUBSTRATES | | | | | | | | |
| 12. CAPACITY / PERIMETER FENCE / BARRIER | | | | | | | | |
| 13. ENCLOSURE | | | | | | | | |
| 14. ANIMAL CARE | | | ✓C | | | | | |
| 15. GENERAL REQUIREMENTS | | | | | | | | |
| 16. SPACE & ADDITIONAL REQUIREMENT | | | | | | | | |
| 17. FLOORS | | | | | | | | |
| 18. EXERCISE & SOCIALIZATION | | | | | | | | |
| 19. VETERINARY CARE | | | ✓C | | | | | |
| 20. FEEDING / WATERING | | | | | | | | |
| 21. STORAGE | | | | | | | | |
| 22. CLEANING AND SANITATION | | | | | | | | |
| 23. PEST CONTROL | | | | | | | | |
| 24. RECORDS | | | | | | | | |
| 25. BANDING / IDENTIFICATION | | | | | | | | |

COMMENTS: (14) Be sure that one person per 15 dogs is able to directly view all of the enclosure at all times while dogs of different ownership are commingling

(19) Err on the side of caution in seeking timely veterinary care for illness or injury. Applying triple antibiotic to a wound is not seeking veterinary care.

Violation Correction Due Date: __Immediately__

PREPARED BY: X _____
Signature of Inspector

X _____
Signature of Facility Representative

**DEPT AG 3056**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB)

*Due 5/16/02*

**COLORADO DEPARTMENT OF AGRICULTURE**
**DIVISION OF ANIMAL INDUSTRY**
**PET ANIMAL CARE FACILITIES ACT**
700 Kipling Street, Suite 4000
Lakewood, Colorado 80215-5894
303-239-4161

## NOTICE OF CITATION AND PENALTY ASSESSMENT
IN THE MATTER OF :

Haul man House                    # 3232
PET ANIMAL CARE FACILITY NAME / LICENSE #

12416 Flagg Drive
FACILITY ADDRESS

La fayette                    CO        80026
CITY                          STATE      ZIP CODE

## VIOLATIONS
CRS 35-80-113. Any person who violates any provision of this article or any rule
adopted pursuant to this article is subject to a civil penalty, as determined by the
Commissioner. No civil penalty may be imposed unless the person charged is given
notice and opportunity for a hearing pursuant to article 4 of title 24, C.R.S.

**Details of violations:**
35-80-104: Any person operating a pet animal facility
shall possess a valid pet animal facility license.
Complaint called in to our office on 4/10/02 that
indicated that a dog was boarded from
March 22-29, 2002.

**Inspector Comments:**
Fine, license application + fee, late fee due
in 20 days - 5/16/02.

**TOTAL PENALTY ASSESSED: $** 250.00

The Commissioner has reason to believe that above named facility has committed the
violation(s) described hereon and affirms a copy of this notice of penalty assessment was
duly served upon the facility operator by handing a copy to: Tonia Johnson
at 12416 Flagg Drive                    dated this 26th day of
April 200 2 by _____
                SIGNATURE OF THE COMMISSIONER'S DESIGNEE

**THIS IS A LEGAL DOCUMENT, READ BOTH SIDES.**
DISPERSION: WHITE - OFFICE COPY  YELLOW - RESPONDENT'S COPY  PINK - REMITTANCE COPY

**DEPT AG 3059**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

*Waived due to payment of lic fee*

# STATE OF COLORADO

**DEPARTMENT OF AGRICULTURE**
Animal Industry Division
700 Kipling Street, Suite 4000
Lakewood, Colorado 80215-5894
Telephone (303) 239-4161
FAX (303) 239-4164



Bill Owens
Governor

Donald D. Ament
Commissioner

THE COMMISSIONER OF AGRICULTURE
STATE OF COLORADO
CEASE AND DESIST ORDER

To: _Hallman House #3232 12416 Flagg Drive Lafayette Co 80026_

PURSUANT TO SECTION 35-80-104 C.R.S., you are ordered to CEASE AND DESIST violating the Pet Animal Care Facilities Act (PACFA), State Statute 35-80-101 through 117.

You are presently operating a pet animal care facility without the required PACFA license, violating the Act and the rules and regulations thereto as follows:

STATE STATUTE 35-80-104: Any person operating a pet animal facility shall possess a valid pet animal facility license issued by the commissioner in accordance with this article and any rules and regulations adopted by the commissioner in accordance with the provisions of this article.

**YOU ARE ORDERED TO CEASE AND DESIST OPERATION OF THIS PET ANIMAL FACILITY FORTHWITH, unless and until you are licensed pursuant to PACFA and the rules and regulations thereto.**

YOU ARE NOTIFIED that you may request in writing, a hearing, on the question of whether any violation has occurred. If so requested, a prompt hearing pursuant to the provisions of the Pet Animal Care Facilities Act and article 4 of title 24, CRS, shall be held to determine whether or not such violation has occurred.

In the event of your failure to comply with this CEASE AND DESIST ORDER, pursuant to State Statute 35-80-111 2 (b), the commissioner may bring suit for a temporary restraining order and for injunctive relief to prevent any further or continued violation of this Act.

SO ORDERED THIS _26th_ DAY OF _April_ , 200_2_.


Keith A. Roehr DVM
Division of Animal Industries
Colorado Department of Agriculture
700 Kipling Street, Suite 4000
Lakewood, CO 80215-5894

This Cease and Desist Order was served by personally handing a copy to _Lynia Johnson_ at _12416 Flagg Dr_ , this _26th_ day of _April_ , 200_2_
Signed: _____ .

**DEPT AG 3060**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

# Colorado Department of Agriculture

PACFA Reporting System                                                   Complaint Investigation Form

Complaint ID:   **2383**
Date:           **09/26/2003**

## Facility Information:

Facility ID:    **3232**              Business Name:    **HALLMAN HOUSE**
Facility Type:  **Boarding/Training** Owned By:
                                      Business Address:  **12416 FLAGG DR.
                                                         LAFAYETTE, CO  80026**

Telephone:      **(303) 444-8323**

## Complainant Information:

Name:       **Sandy Clouse**
Address:

Telephone:  **(303) 635-1327**

## Complaint Details:

*Inspector Assigned to Facility: Scott Leach*

9/26/03        Took to groom on 9/23/03.  Dog was attacked by a Jack Russell Terrier.  Left dog with Tynia for groom and told Tynia to call complainant if any injuries found.  Picked up dog several hours later.  Tynia had cleaned wound with hydrogen peroxide and told complainant that dog didn't need to go to the vet.  Complainant took to Dr. Summerfield immediately.

10/7/03        Spoke with Dr. Summerfield.  He stated that the wound was not life-threatening, but it was a wound that did require veterinary care.  He felt the owner's response of bringing the dog in immediately after picking it up was good.

10/7/03        Tynia found wound (Lhasa Apso "Muffin")—not deep, not bleeding—~1/2 hour to 1 hour before owner came back to pick up.  Tynia shaved area around wound when she saw it.  She did not feel that the wound was life-threatening.  When dog was first bit, Tynia and the owner did not find any wound when searching—they saw small amount of blood on hair.  When dog was first being groomed Tynia saw no additional bleeding or wounds.  On boarding contract, owner marked $0 limit for spending authority.

10/14/03       Received statement from owner—see attached—that states that JRT was showing aggressive signs and jumping very high when the JRT saw "Muffin" prior to Tynia taking "Muffin" through the gate to groom.  See statement about Rottweiler pulling JRT off of "Muffin".  Also noted is that Tynia was running a temporary boarding facility in Xmas 2002 at an unlicensed facility.

10/21/03       Valid complaint.  Violation written up for aggressive animals are to be separated when showing signs of aggression.  See inspection report dated 10/20/03.

The information contained herein is PROPRIETARY and CONFIDENTIAL to the State of Colorado - Department of Agriculture
Printed on Friday, October 24, 2003 at11:17:48 AM

DEPT AG 3063
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

# Colorado Department of Agriculture

PACFA Reporting System                                    **Complaint Investigation Form**

Complaint ID:   **2396**
Date:           **10/08/2003**

## Facility Information:

Facility ID:    **3232**              Business Name:   **HALLMAN HOUSE**
Facility Type:  **Boarding/Training** Owned By:

                                      Business Address:   **12416 FLAGG DR.**
                                                          **LAFAYETTE, CO  80026**

Telephone:      **(303) 444-8323**

## Complainant Information:

Name:       **Nanette Loya**
Address:

Telephone:  **(970) 234-6292**

## Complaint Details:

*Inspector Assigned to Facility: Scott Leach*

10/08/03       Had dogs in Tynia's care being shown.  Tynia said she came home and found the dog dead.  This happened either Monday or Tuesday and complainant was just informed today (Wednesday).  Tynia buried the dog.  Complainant told her to dig it up for necropsy.  The complainant is still unsure as to whether Tynia has dug up the dog or not.  Will have necropsy results faxed from CSU to us when complete.

10/8/03        Went to Hallman House to pick up "Dottie" and take to CSU for necropsy.  Owner was told by Tynia that dog was buried.  "Dottie" was actually in Hallman House's dumpster, not wrapped in plastic—dog had been in there for close to 30 hours in the heat.  Tynia told me that she considered "Dottie" hers since the owner had not paid for boarding costs.  Tynia did not know what happened.  At CSU took pictures of the dog— saw what appeared to be puncture wounds on the left side of neck—both ears have blood at the base and seem torn.  CSU preliminary reports show wounds consistent with dog bites—dog's neck was broken.

10/20/03       Tynia not home.  Saw 2 Rottweilers, 1 black lab, 1 German Shepherd, 1 mixed (Boxer mix?)

10/21/03       Presented Tynia with letter of license revocation, Cease & Desist order, violation report from Sandy Clouse complaint and violation report for this complaint.  Tynia did not give up her license and requested a hearing for the C & D (per her lawyer).  She stated that she considered "Dottie" abandoned by Nanette, so "Dottie" was in with her other dogs.  She stated that the two brown dogs from yesterday went home this morning and she has no boarding animals at this time.  She also told me that she acted as an impound facility for the Frederick police dept.—she is not licensed for animal shelter (I called the Frederick police and notified them that she was unlicensed—they will no longer use her and only used her about 2 times).  I asked her about the Feed store and she stated that she was going to use her PACFA license there (it is not transferable) and that they were only there for one day—she operated without licensing.  Valid complaint.  See inspection report form dated 10/20/03.

**DEPT AG 3065**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

The information contained herein is PROPRIETARY and CONFIDENTIAL to the State of Colorado - Department of Agriculture
Printed on Friday, October 24, 2003 at 11:05:10 AM

# STATE OF COLORADO

**DEPARTMENT OF AGRICULTURE**
**Animal Industry**

700 Kipling Street, Suite 4000
Lakewood, Colorado 80215-8000
(303) 239-4161
(303) 239-4164 FAX
http://www.ag.state.co.us





**Bill Owens**
Governor

**Don Ament**
Commissioner

## THE COMMISSIONER OF AGRICULTURE
## STATE OF COLORADO
## CEASE AND DESIST ORDER

To: Hallman House 12416 Flagg Dr. Lafayette, CO 80026

PURSUANT TO SECTION 35-80-104 C.R.S., you are ordered to CEASE AND DESIST violating the Pet Animal Care Facilities Act (PACFA), State Statute 35-80-101 through 117.

You have had repeated violations of animal care at your facility, resulting in the injury of multiple dogs and the death of one dog.

STATE STATUTE 35-80-112(1)(a): The commissioner, pursuant to the provisions of article 4 of title 24, C.R.S., may issue letters of admonition or deny, suspend, refuse to renew, restrict, or revoke any license authorized under this article if the applicant or licensee: Has refused or failed to comply with any provision of this article, any rule adopted under this article, or any lawful order of the commissioner

**YOU ARE ORDERED TO CEASE AND DESIST OPERATION OF THIS PET ANIMAL FACILITY IMMEDIATELY.**

YOU ARE NOTIFIED that you may request in writing, a hearing, on the question of whether any violation has occurred. If so requested, a prompt hearing pursuant to the provisions of the Pet Animal Care Facilities Act and article 4 of title 24, CRS, shall be held to determine whether or not such violation has occurred.

In the event of your failure to comply with this CEASE AND DESIST ORDER, pursuant to State Statute 35-80-111 2 (b), the commissioner may bring suit for a temporary restraining order and for injunctive relief to prevent any further or continued violation of this Act.

SO ORDERED THIS 20th DAY OF October, 2003.

Keith A. Roehr, DVM
Division of Animal Industry
Colorado Department of Agriculture
700 Kipling Street, Suite 4000
Lakewood, CO 80215

This Cease and Desist Order was served by personally handing a copy to Tynia Johnson at 12416 Flagg Dr. Lafayette, CO 80026, this 20th day of October, 2003.

Signed: _____

**DEPT AG 3068**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB

*sc Written request of a hearing needs to be submitted within 10 days*