

**Boulder County**

Post Office Box 471 • Boulder, Colorado 80306

# Land Use Department

Courthouse Annex
2045 13th Street • 13th & Spruce Streets • Boulder, Colorado 80302 • (303) 441-3930

July 25, 2000

Ms. Tynia Johnson
12416 Flagg Dr
Lafayette, CO 80026

**Re:   Kennels and Dog Grooming**

Dear Ms. Johnson:

I am writing this letter since you have had several meetings with the Land Use staff regarding your businesses. The purpose of this letter is to clarify the parameters set forth in the Land Use Code for the operation of a kennel and a pet grooming facility.

The outdoor kennel at 12416 Flagg Dr must meet the following parameters which are set forth in Article 4-503 (F) of the Boulder County Land Use Code:

Kennel
1. Definition: Any place or premises, other than a pet shop or veterinary clinic, used in whole or part for the purpose of keeping seven or more dogs or cats in any combination.
2. Districts Permitted: By right in A; by special review in F and MI
3. Parking Requirements: One space per 300 square feet of floor area, with a minimum of two spaces
4. Loading Requirements: None
5. Additional Provisions:
    a. Setback Requirements...for kennels with outdoor holding facilities...300 feet from all lot lines

The dog grooming business you operate on the northeast corner of Arapahoe Rd and 63rd St is considered a retail or personal service facility as set forth in Article 4-512 (K). It must meet the following parameters:

#55

000039

| Jana L. Mendez | Ronald K. Stewart | Paul Danish |
|---|---|---|
| County Commissioner | County Commissioner | County Commissioner |

Retail or Personal Service Facility

1. Definition: An establishment for the retail sale of merchandise or the provision of personal services, including drive through service. A retail facility includes but is not limited to antique or art shops, clothing. department, drug, dry, good, florist, furniture, gift, grocery, hardware, hobby, office supply, package liquor, paint, *pet*, shoe, sporting, or toy stores. A personal service facility includes but is not limited to barber or beauty shop, dry cleaners, optometrist shop, photographic studio, or travel bureau.

2. Districts Permitted: By right in B, C, and GI

3. Parking Requirements:
   a. One Space per 200 square feet of floor area
   b. Five stacking spaces per drive up window or station

4. Loading Requirements: One loading space for 10,000 or more square feet of floor area

5. Additional Provisions: none

If either of your operations are outside these parameters, that operation is illegal. In addition, since you have moved, the "Retail or Personal Service Facility" is no longer a "Home Occupation". Therefore, you need to meet with a planner to have a pre-application conference for a Special Use Review due to the change of use from a "Home Occupation" use to a "Retail or Personal Service Facility" use.

Please call me at (303) 441-3930, if you have any further questions.

Sincerely,

Ed Meacham
Zoning Inspector

cc:    Graham Billingsley, Director
       Pat Mayne, Assistant County Attorney

000090