

# Office of the County Attorney

Post Office Box 471 • Boulder, Colorado 80306
Phone: (303) 441-3190 • Fax: (303) 441-4794 • E-Mail: ca@co.boulder.co.us

January 10, 2001

Tynia. R. Johhnson
12416 Flagg Drive
Lafayette, CO  80026

Re:     Notice of Violations on Property with Tax ID #0089587 Located at 12416 Flagg Drive, Lafayette, Boulder County, Colorado.

Dear Ms. Johnson:

Upon review of your file, it is clear that significant efforts are not being made by you to complete the application process for your kennel located at 12416 Flagg Drive in order to achieve a legal status. Therefore, please be advised that if the number of animals at this address is not brought into compliance for a residence within thirty (30) days, legal action will be commenced against you.

Sincerely,

Patricia A. Mayne
Assistant County Attorney

cc:     Board of Commissioners of the County of Boulder
Graham Billingsley, Boulder County Land Use Department



Jana L. Mendez
County Commissioner

Ronald K. Stewart
County Commissioner

Paul Danish
County Commissioner

000099

#48