| | |
|---|---|
| County Court, Boulder County, Colorado.<br>Court Address: 1777 6th Street<br>Boulder, Colorado 80302 | |
| **PLAINTIFF,**<br>**BOARD OF COUNTY COMMISSIONERS,**<br><br>**DEFENDANT.**<br>**TYNIA JOHNSON,** | ▲                                    ▲<br><br>**COURT USE ONLY** |
| Attorney Name: Boulder County Attorney<br>P.O. Box 471<br>Boulder, Co 80306 | Case Number: |
| | Division          Courtroom |
| Phone Number:303(441-3190)          E-mail:<br>FAX Number:                              Atty. Reg.#: | |

**RETURN OF SERVICE**

STATE OF COLORADO)
COUNTY OF BOULDER)

William Callaway, the Affiant, being sworn, says:
1. That the Affiant is over the age of 18 years and is not a party to this action.
2. That the Affiant has duly served the following documents: SUMMONS, COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE, ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE

BY: handing to and leaving with Tynia Johnson, at her usual place of abode, at 12416 Flagg Dr., Lafayette, Co.

On the 30th day of July, 2001, at 2:45pm in the county of Boulder, State of Colorado.

Service Fee:    $25.00
Other Fee:      $
Total Fee:      $25.00

_____
Affiant

Subscribed and sworn to before this 31st day of July, 2001.
Witness my hand and official seal.
My Commission expires:_____ 10/02/01.

_____
Notary Public

THE PRO
PO BOX 345
BOULDER, CO 80306-0345