IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00245-RPM

TYNIA JOHNSON, a resident of Boulder County, Colorado and
PATRICIA SAINT CYR, a resident of Orleans Parrish, Louisiana,

Plaintiffs,

v.

BOULDER COUNTY, a Political Division of the State of Colorado, by and through its BOARD
OF COUNTY COMMISSIONERS OF THE COUNTY OF BOULDER, COLORADO,
PAUL DANISH,
RONALD K. STEWART,
TOM MAYER,
JANA MENDEZ, and
DAVID WEBSTER,

Defendants.

---

## AFFIDAVIT OF DAVID WEBSTER

---

STATE OF COLORADO )
                        )ss.
COUNTY OF BOULDER )

I, David Webster, being duly sworn, state as follows:

1. I am the Water Resources Engineer for the Boulder County Transportation Department. I have been designated by the County Engineer as the person responsible for making floodway determinations in Boulder County under Boulder County Land Use Code ("BCLUC") Article 4-406(A)(1).

2. I have a bachelor's degree in civil engineering from the Colorado School of Mines. I am a licensed professional engineer in the State of Colorado, and I am a nationally certified floodplain manager through the National Association of Storm Drainage and Floodplain Managers.

3. As the County's Water Recourses Engineer, I was required to review and comment upon the special use application file by Tynia Johnson for the operation of a kennel.

4. The officially adopted Rock Creek/Coal Creek Flood Hazard Study conducted by the U.S. Soils Conservation Service in 1976, including the addenda and supplemental material, contains water surface elevations and floodway data in tabular form. Under the BCLUC, I was required to use the tabular data to identify the location of the regulatory floodway on Plaintiffs' property. To perform this engineering function, I identified the locations of the study's cross-sections on the flood study map that corresponded with Plaintiffs' property. On each cross section, I identified the station point where the data indicated a one-foot rise in the water surface elevation. I used the flood study's contour map to trace the contours between the identified stations. This allowed me to depict the location of the floodway as defined by the BCLUC on a map and determine that a portion of the fence proposed by Plaintiffs was in the floodway.

s/ David Webster_____
David Webster

Subscribed and sworn to before me on this 3rd day of March, 2006, by David Webster, in his official capacity as Boulder County Water Resources Engineer.

WITNESS my hand and official seal.

Notary Public: s/ Michael Rogakis_____

My Commission Expires: 9-3-2006