

Post Office Box 471 • Boulder, Colorado 80306

# Transportation Department

2045 13th Street • Boulder, Colorado 80302 • (303) 441-3900 • FAX (303) 441-4594

October 11, 2001

## MEMORANDUM

To:        Greg Oxenfeld, Staff Planner, Land Use Staff Planner

From:      Dave Webster, P.E., Water Resources Engineer

Subject:   Docket SU-01-12/V-01-01/SE-00-12 – Hallman House Kennel

Greg, I have completed a review of the subject referral and have the following comments.

1. The application includes improvements (proposed Building 8 and buffer fence – see floodplain map, attached) located in the Coal Creek 100-year floodway. Per the Boulder County Land Use Code, Article 4-403 states:

    *No development, encroachment, use, or alteration in, on or over any part of the floodway shall be permitted which alone or cumulatively with other such uses would cause or result in: the occupation of permanent or temporary structures; the potential of solid debris (including, but not limited to garages, storage sheds, decks, fences, etc.) or waste (including, but not limited to septic systems, etc.) being carried downstream; or an encroachment that would adversely effect the efficiency of the floodway or change the direction of flow or cause any increase in the base flood elevation.*

2. The proposed location of Building 6 is primarily in the 500-year floodplain (outside of the 100-year floodplain). Development in this location is possible with a Building Permit. No floodplain development permit is necessary for the structure.

3. The proposed fence surrounding Proposed Building 6 appears to encroach on the 100-year floodway. Installation of a chain link fence per the proposed limits would be permitted under a floodplain development permit, issued by the Transportation Department.

Based on Item No. 1, above, **I recommend that the application be denied.** If you and/or the applicant wish to meet to discuss floodplain issues and other permitted options for development, I am happy to meet with you. This concludes the Transportation's comments regarding improvements in the flood overlay district. A copy of the Lower Boulder Creek Flood Hazard Area Delineation Floodplain Map is attached for your review. If you have questions, please contact me at extension 5185. Thank you.

Attachment

| Jana L. Mendez | Ronald K. Stewart | Paul Danish |
|---|---|---|
| County Commissioner | County Commissioner | County Commissioner |

6 0

Ex 18

BCLU 1218
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB)



BCLU 1219

Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB)



BCLU 1313
Johnson/Saint Cyr v. BOCC, el al.
Case No. 04-M-245 (BNB)



Found Pin

141.0

Found Pin

50.0

296.0

N

32.5  6.0
24.3  Building 5  3.7
18.3
36.2

key
Buffer Fence
Buffer if boundry changes
Parking Spaces
Property line
Chain link / wire fence
Buildings — Bldg

152'

Detail of Houses

385.0
Excepted Alley 18.0Ft.

10.0  29.8  8.0  7.1
8.7
18.3  Building 1
8.3  31.2
10.0  22.2

236'

25'

5.0

45.5'

Found Pin  174.0  Found Pin

103.0 (±0.5)

187.3 (±0.5)

Well

Bld 5

10.3x12.2 Frame Shed  4

Flagg Dr.

462.0

8.3x14.3 Frame Shed  3

Well

Bld 2

31.8x12.2 Frame Barn

33'

47.7 (±0.5)

15'

Bld 1

MOBILE Home 14x40  Building 6

Frame Mobile Home 12x56  Building 7

Gravel Drive

90.0 (±0.5)

(Proposed) Building 8

Pin

15'

523.2 S89°53'28"E

Found Pin

4.82 Found Pin  147.90 N87°40'18"E

Stengel Survey Prop.

BCTRANS 2075
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB)