

# Federal Emergency Management Agency
### Washington, D.C. 20472

September 5, 2002

Case No.: **02-08-495A**
216-A

We have received your request that the Federal Emergency Management Agency determine if the property identified below is located within an identified Special Flood Hazard Area on the applicable National Flood Insurance Program map.

### IRVINGTON ADDITION, BLOCKS 15-19, LOTS A-J -- 12401 & 12416 FLAGG DRIVE

We are reviewing your submitted data and will contact you if additional information is required to process your request. If additional information is not required, we will issue a final letter of determination within 30-60 days. Inquiries concerning the status of your request should be made by calling the FEMA Map Assistance Center toll free at (877) 336-2627 (877-FEMA MAP) or by letter addressed to the Federal Emergency Management Agency, 3601 Eisenhower Avenue, Suite 600, Alexandria, VA 22304-6439. Please be assured we will do our best to respond to all inquiries in a timely manner.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Federal Emergency Management Agency**
**Washington, D.C. 20472**

**Official Business**

Ms. Tynia Johnson
12416 Flagg Drive
Lafayette, CO 80026

**CA 7104**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB)