

# Federal Emergency Management Agency

Washington, D.C. 20472

September 18, 2002

Ms. Tynia Johnson
12416 Flagg Drive
Lafayette, CO 80026

IN REPLY REFER TO:
**CASE NO: 02-08-495A**
COMMUNITY:   BOULDER COUNTY, COLORADO
(UNINCORPORATED AREAS)
COMMUNITY NO: 080023

216-AD

RE: IRVINGTON ADDITION, BLOCKS 15-19, LOTS A-J -- 12401 & 12416 FLAGG DRIVE

Dear Ms. Johnson:

This is in response to your request for a Letter of Map Amendment for the property referenced above.

The Federal Emergency Management Agency (FEMA) uses detailed application/certification forms for revision requests or amendments to the National Flood Insurance Program (NFIP) maps. The forms provide step-by-step instructions for requestors to follow, and are comprehensive, ensuring that the requestors' submissions are complete and more logically structured. Therefore, we can complete our review more quickly and at lower cost to the NFIP. While completing the forms may seem burdensome, the advantages to requestors outweigh any inconvenience.

The following forms or supporting data, which were omitted from your previous submittal, must be provided:

- Your request is for our review of 10 structures. Before we can proceed, we must have a definitive location for each structure. Please provide the block and lot numbers for each structure to be reviewed.

- We also need an Elevation Certificate for each structure, showing the lowest adjacent grade elevation. The lowest lot elevations you provided are not used to evaluate a structure.

**Please note that if all of the required items are not submitted within 90 days of the date of this letter, any subsequent request will be treated as an original submittal and will be subject to all submittal procedures.**

When you write to us concerning your request, please include the case number referenced above in your letter. All required items and questions concerning your request are to be directed to the following address:

FEMA LOMA Depot
3601 Eisenhower Avenue
Suite 600
Alexandria, VA 22304-6439

**CA 7084**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB)

2

If you have any questions concerning FEMA policy, or the NFIP in general, please contact the FEMA Map Assistance Center toll free at (877) 336-2627 (877-FEMA MAP) or by letter addressed to the Federal Emergency Management Agency, 3601 Eisenhower Avenue, Suite 600, Alexandria, VA 22304-6439.

Sincerely,

Matthew B. Miller, P.E., Chief
Hazards Study Branch
Federal Insurance and Mitigation Administration

CA 7085
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB)