# THIS REQUEST HAS BEEN DROPPED AS OF:

**DATE:** 12/24/02

**COMMENTS:** Data not received

CA 7083
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-M-245 (BNB)