## OCCUPANCY AFFIDAVIT AND FINANCIAL STATUS

TO: Federal National Mortgage Association
Federal Home Loan Mortgage Corporation
Federal Housing Administration
Department of Veterans Affairs

PROPERTY ADDRESS:
12416 FLAGG DRIVE
LAFAYETTE, COLORADO 80026

FNMA/FHLMC/FHA/VA CASE NO.:

We the undersigned purchaser(s) of the above captioned property understand that one of the conditions of our loan is that we occupy the subject property and we do hereby certify as follows:

(X) We will occupy the subject property upon close of escrow; if unable to occupy by close of escrow, we will occupy by the following date: 10·29·99

( ) We now occupy the subject property. Unit #

We the undersigned purchaser(s) also hereby certify that there have been no significant changes in our financial status; i.e., employer, income, available cash, etc., and that our loan application reflects our current financial position.

We are aware of and understand that if we fail to move into the property by the specified time that we are subject to prosecution under Section 1010, Title 18, United States Code, Federal Housing Administration Transactions, and that we are liable to be fined not more than $5,000, or imprisoned not more than two years, or both. We are aware of and understand that other Federal Statutes provide severe penalties for any fraud or misrepresentation made for the purpose of influencing the issuance of any guaranty or insurance or the making of any loan by the Secretary of Veterans Affairs.

_____  (Signature of Borrower)        _____ (Signature of Borrower)
PATRICIA MILLER-ST. CYR                                          TYNIA R. JOHNSON

_____ (Signature of Borrower)         _____ (Signature of Borrower)

_____ (Signature of Borrower)         _____ (Signature of Borrower)

State of COLORADO                          BOULDER County ss:
On                                         before me,
personally appeared  PATRICIA MILLER-ST. CYR, TYNIA R. JOHNSON

                                                        personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

(This area for official notarial seal)

**CA 7443**
Johnson/Saint Cyr v. BOCC, et al.
Case No. 04-cv-0245-RPM-BNB

OCCUPANCY AFFIDAVIT AND FINANCIAL STATUS
Document Systems, Inc. (800) 649-1362